PHILLIP A. TALBERT
United States Attorney
ELLIOT C. WONG
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>ARMANDO ORTIZ-MORENO,<br><br>Defendant. | CASE NO. 2:08-CR-00575-DJC<br><br>ORDER DISMISSING INDICTMENT AS TO ARMANDO ORTIZ-MORENO AND RECALLING ARREST WARRANT |

**ORDER**

The United States has moved to dismiss the indictment against Armando Ortiz-Moreno, filed December 18, 2008. The Court, having reviewed the motion, finds that the motion is made in good faith. Accordingly, the Court hereby orders that the indictment against Armando Ortiz-Moreno is dismissed without prejudice.

SO ORDERED.

DATED: May 19, 2023

/s/ Daniel J. Calabretta
THE HONORABLE DANIEL J. CALABRETTA
UNITED STATES DISTRICT JUDGE